IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:16-cv-01346-CBS

ADAM F. ANDERSON, individually and on behalf of all others similarly situated.

        Plaintiff(s),

v.

TERRAPIN ENERGY SERVICES,

        Defendant(s).

---

## STIPULATED MOTION TO DISMISS COMPLAINT

---

Plaintiff, Adam F. Anderson, and Defendant, Terrapin Energy Services, by and through their respective attorneys, stipulate for the dismissal, with prejudice, of all claims made against Defendant, Terrapin Energy Services in the above-captioned case pursuant to Fed.R.Civ.P. 41(a)(2).  Each party is to bear its own costs and attorneys' fees.

Respectfully submitted this 13th day of January, 2017.

| | |
|---|---|
| *s/ Michael A. Josephson* | *s/     Laurie J. Rust* |
| Michael A. Josephson | Laurie J. Rust, #38105 |
| Andrew W. Dunlap | Surbhi Garg, #46587 |
| Lindsay R. Itkin | GORDON & REES LLP |
| Jessica M. Bresler | 555 Seventeenth Street, Suite 3400 |
| FIBICH, LEEBRON, COPELAND, | Denver, Colorado 80202 |
|   BRIGGS & JOSEPHSON | Telephone: (303) 534-5160 |
| 1150 Bissonnet | *lrust@gordonrees.com* |
| Houston, TX  77005 | *sgarg@gordonrees.com* |
| *mjosephson@fibichlaw.com* | |
| *litkin@fibichlaw.com* | ***Attorneys for Defendant Terrapin Energy*** |
| *adunlap@fibichlaw.com* | ***Services*** |
| *jbresler@fibichlaw.com* | |

Richard J. (Rex) Burch

1

BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, TX  77046
*Rburch @brucknerburch.com*

***Attorneys for Plaintiff Adam F. Adamson, et al***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2017 a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below:

Michael A. Josephson
Andrew W. Dunlap
Lindsay R. Itkin
Jessica M. Bresler
FIBICH, LEEBRON, COPELAND,
 BRIGGS & JOSEPHSON
1150 Bissonnet
Houston, TX  77005
*mjosephson@fibichlaw.com*
*litkin@fibichlaw.com*
*adunlap@fibichlaw.com*
*jbresler@fibichlaw.com*


Richard J. (Rex) Burch
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, TX  77046
*Rburch @brucknerburch.com*

***Attorneys for Plaintiff Adam F. Adamson, et al***

.

*s/Laurie J. Rust*
Laurie Rust